# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v

PATRICK KEITH HUGHES
A/K/A Antonio Nathaniel Hughes

**WARRANT FOR ARREST**

**FILED**

JUL 0 2 2008

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

CASE NUMBER:

07- 2248 WC

08-419-M-01

To. The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST PATRICK KEITH HUGHES, A/K/A**

Defendant's Name

**Antonio Nathaniel Hughes** and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging (brief description of offense) on March 7, 2007, in Prince George's County, in the District of Maryland, the defendant did knowingly and unlawfully possess a firearm in and affecting interstate commerce after having previously been convicted of a felony in violation of Title 18, United States Code, Section 922(g)(1), and possessed controlled substances with intent to distribute in violation of Title 21, United States Code, Section 841(a).

Wiilliam Connelly
Name of Issuing Officer

United States Magistrate Judge
Title of issuing Officer

Signature of Issuing Officer

July 9 2007  Greenbelt Maryland
Date and Location
5:45p.—

(By) Deputy Clerk

Bail Fixed at $_____    by    William Connelly
United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 7/2/08 | NAME AND TITLE OF ~~ARRESTING~~ OFFICER Receiving | SIGNATURE OF ~~ARRESTING~~ OFFICER Receiving |
|---|---|---|
| DATE OF ARREST 7/2/08 | DUSM Julie Carrillo | Julie Carrillo |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

**FILED**

v.

JUL 0 2 2008    CRIMINAL COMPLAINT

PATRICK KEITH HUGHES    NANCY MAYER WHITTINGTON, CLERK   NUMBER:
a/k/a Antonio Nathaniel Hughes    U.S. DISTRICT COURT   07 - 2248 WC

**08 - 419 - M - 01**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On March 7, 2007, in Prince George's County, in the District of Maryland, the defendant did knowingly and unlawfully possess a firearm in and affecting interstate commerce after having previously been convicted of a felony in violation of Title 18, United States Code, Section 922(g)(1), and possessed controlled substances with intent to distribute in violation of Title 21, United States Code, Section 841(a).

I further state that I am a <u>Special Agent with the Bureau of Alcohol, Tobacco, Firearms and</u>

Official Title

<u>Explosives (ATF)</u> and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ YES   ☐ NO

KIMBERLY A. DRIELAK
Special Agent, ATF
Signature of Complainant

Sworn to before me and subscribed in my presence, on

July 9 2-08   at Greenbelt, Maryland
Date

5:45p—

WILLIAM CONNELLY
United States Magistrate Judge    Signature of Judicial Officer

07 - 2248 UC
08 - 419 - M - 01

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
### Patrick Keith HUGHES

I, Kimberly A. Drielak, being duly sworn, do state:

1.    This affidavit is submitted in support of a United States District Court criminal complaint for Patrick Keith HUGHES, aka: Antonio Nathaniel HUGHES, who is described as a black male, 5'10" in height, 155 lbs., DOBs: 08/28/1968 and 11/23/1969, black hair, brown eyes, with a last known address of 1300 Waterford Drive, District Heights, Prince George's County, Maryland.

### BACKGROUND AND EXPERIENCE

2.    I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives for approximately three (3) years. I have attended the United States Department of Homeland Security's Criminal Investigator's School and the Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Basic Training, both located in Glynco, Georgia, for a combined period of twenty-six weeks. I have received extensive training; both formal and on-the-job, in the provisions of the Federal Firearms Laws administered under Title 18 and Title 26 of the United States Code.

3.    I know that 18 U.S.C. 922 (g)(1) makes it unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding a year, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. I also know that based on Title 21 United States Code,

KAD 7/9

Section 841(a), it is unlawful to possess with intent to distribute a controlled
substance.

4.    The information contained in this affidavit was obtained by me and
other law enforcement officers. This affidavit contains information necessary to
support probable cause, and is not intended to include each and every fact and
matter known by me or known to the government.

## PROBABLE CAUSE

5.    On September 10, 1998, Patrick HUGHES was convicted of
Robbery in the Superior Court for the District of Columbia, a crime punishable by
more than one year imprisonment. Due to this conviction and pursuant to Title
18 United States Code Section 922(g)(1), HUGHES is prohibited from
possessing firearms or ammunition that have traveled in interstate commerce.

6.    On March 7, 2007, officers from the Prince George's County Police
Department (PGPD) were dispatched by communications to 8800 Central
Avenue, Capitol Heights, Maryland in reference to an unknown male pointing a
handgun out of the window of a vehicle at another unknown male. Police
communications broadcasted a lookout for a blue Lexus sport utility vehicle
occupied by an unknown male with a handgun and an unknown female. Officers
from PGPD pulled into the parking lot at 8800 Central Avenue and observed a
with Patrick Keith
HUGHES in the driver's seat. Officers observed HUGHES exit the vehicle with
his hands in the air and leave the driver's side door open. Officers could detect
the odor of marijuana coming from HUGHES and from inside the vehicle.

KAD 7/9/(

Officers asked HUGHES if there were any weapons in the vehicle and HUGHES replied that there was a handgun in the vehicle.

7.    Upon a search of the vehicle, a Taurus 9mm handgun, Model PT911, bearing serial number TWC41710 with one magazine containing seven (7) 9mm rounds of ammunition were recovered from the front center console of the vehicle. A search incident to arrest of HUGHES revealed 17.5 grams of suspected crack cocaine in HUGHES' right front pants pocket and 45 grams of suspected marijuana from HUGHES' left front pants pocket. The crack cocaine and marijuana field tested positive. Also recovered from the vehicle were twenty (20) purple baggies and fifty (50) yellow zip baggies in a black bag in the rear passenger compartment. The black bag also contained one Magtech box containing twenty-nine (29) .25 caliber rounds and one box containing eleven (11) 9mm rounds.

8.    Police Communications advised that the

was reported stolen through Montgomery County, Maryland on March 1, 2007. The female passenger of the vehicle was identified and interviewed, but was not detained. Further investigation revealed that two witnesses observed HUGHES point a handgun at an unknown male and subsequently placed the call to the police.

9.    ATF Special Agent Dawn Scott, a firearms interstate nexus expert, advised that the Taurus 9mm handgun, Model PT911, bearing serial number TWC41710, was manufactured outside of the state of Maryland and therefore, at one point in time, traveled in and affected interstate and foreign commerce.

KAD 7/9/

10.    Based on the above information, I believe that probable cause
exists to conclude that Patrick Keith HUGHES did knowingly and intentionally
violate 18 U.S.C. Section 922(g)(1) in that, being a previously convicted felon,
HUGHES possessed a firearm that traveled in and affected interstate commerce.
I also believe, based upon the quantity of the crack cocaine and marijuana and
the packaging materials found, that Patrick Keith HUGHES possessed the
marijuana and crack cocaine with intent to distribute, in violation of 21 U.S.C.
Section 841(a).

Kimberly A. Drielak
Special Agent, ATF

Subscribed and sworn before me this ____ day of July, 2007

United States Magistrate Judge